UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TENNESSEE, *ex rel.* DENNIS DODSON | ) ) ) ) | |
| Plaintiffs/Relator, | ) ) | Civil Action No. 1:11-CV-182 MATTICE/CARTER |
| v. | ) ) | |
| THE A.I.M. CENTER, INC. | ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

The United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, the State of Tennessee, Relator Dennis Dodson, and defendant The A.I.M. Center, Inc., hereby stipulate that the parties have entered into the settlement agreement attached to the Joint Notice of Settlement filed by the United States and the State of Tennessee, which agreement resolves the matters in controversy between them, and the above-styled action shall be dismissed as follows:

1. As to the United States and the State of Tennessee, the action is dismissed with prejudice only as to the Covered Conduct released in the settlement agreement, and without prejudice as to any other claims;

2. As to the Relator, the action is dismissed in its entirety, with prejudice; and

3. Except as specifically provided in the Settlement Agreement, each party shall bear its own costs.

Respectfully submitted,

| | |
|---|---|
| **WILLIAM C. KILLIAN** <br> **UNITED STATES ATTORNEY** | **ROBERT E. COOPER, JR.** <br> **ATTORNEY GENERAL & REPORTER** |
| By:  */s/ Mary Elizabeth McCullohs* <br> Mary Elizabeth McCullohs, BPR# 026467 <br> Special Assistant U.S. Attorney <br> Robert C. McConkey, III, BPR #018118 <br> Assistant U.S. Attorney <br> Office of the United States Attorney <br> 800 Market Street, Suite 211 <br> Knoxville, TN  37902 <br>  (865) 545-4167 <br> mary.mccullohs@ag.tn.gov <br> robert.mcconkey@usdoj.gov | By:   */s/ Mary Elizabeth McCullohs* <br> Mary Elizabeth McCullohs, BPR# 026467 <br> Assistant Attorney General <br> Tennessee Attorney General's Office <br> 425 Fifth Avenue North <br> Nashville, Tennessee 37243-3400 <br> (615)741-8126 <br> mary.mccullohs@ag.tn.gov |
| **MILLER & MARTIN PLLC** | **LAW OFFICES OF ROBERT W. SAUSER** |
| By:    */s/ Leah M. Gerbitz* <br>        *by M. E. McCullohs w/ permission* <br> Leah M. Gerbitz, Esq., BPR # 016698 <br> Richard C. Rose, Esq., BPR # 017544 <br> 832 Georgia Avenue, Suite 1000 <br> Chattanooga, Tennessee 37402 <br> (423) 756-6600 <br> Fax: (423) 785-8480 <br> rrose@millermartin.com <br> lgerbitz@millermartin.com <br><br> *Attorneys for The A.I.M. Center, Inc.* | By: */s/ Robert W. Sauser* <br>        *by M. E. McCullohs w/ permission* <br> Robert W. Sauser, BPR# 006217 <br> 300 Forest Avenue, Suite C <br> Chattanooga, TN 37405 <br> (423) 535-9387 <br> Fax: (423)-468-2599 <br> rsauser@sauserlawfirm.com <br><br> *Attorneys for the Relator* |

## CERTIFICATE OF SERVICE

I do hereby certify that this Stipulation of Dismissal has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile or hand delivery. Parties may access this filing through the Court's electronic filing system.

This 21st day of February, 2014.

By:   */s/ Mary Elizabeth McCullohs*